UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA                                                                    Plaintiff

v.                                                                    Criminal Action No. 3:21-CR-44-RGJ-CHL

BRANDON WASHINGTON,                                                                 Defendants
JAVONTE GRANT

\* \* \* \* \*

## MEMORANDUM OPINION AND ORDER

Brandon Washington ("Washington") moves to suppress evidence, challenging the validity of evidence and testimony related to pretrial photographic identifications of him. [DE 65]. The United States Responded, [DE 67], and co-defendant Javonte Grant ("Grant") adopted and joined in the motion [DE 70]. This matter is ripe.

An in-person hearing was held on this matter on May 31, 2022, during which Counsel advised the Court that the motion to suppress [DE 65] is moot, as the United States does not intend to introduce the identification that Grant and Washington challenge. Washington's counsel additionally requested 30 days to file additional motions related to the challenged evidence, and the United States requested 14 days to respond.

Accordingly, for the reasons stated, and the Court being otherwise sufficiently advised, **IT IS ORDERED** that:

1) Washington and Grant's Motion to Suppress [DE 65] is **DENIED as moot**;

2) Washington may file any additional motions within 30 days of this Order, and the United States may file any reply within 14 days of the filing of any motion.

2

Cc:     Counsel of record

Court Reporter:  April Dowell

Court Time:  00/25

*Rebecca Grady Jennings, District Judge*
*United States District Court*

May 31, 2022

2